# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GRANITE REINSURANCE COMPANY LTD, A Barbados Corporation,** | ) ) ) | |
| **Plaintiff,** | ) ) | **8:05CV449** |
| **vs.** | ) ) | |
| **ACCEPTANCE INSURANCE COMPANY, A Nebraska Corporation,** | ) ) ) | **ORDER** |
| **Defendant.** | ) ) ) | |

This matter is before the court on the Joint Motion to Refer to United States Bankruptcy Court (Filing No. 15). On January 7, 2005, the defendant's parent corporation initiated a chapter 11 bankruptcy in this district, Acceptance Insurance Company, Inc., Case No. 05-80059. The parties stipulate that this matter is related to the AICI bankruptcy action and that the defendant's motion to dismiss (Filing No. 12) should be deferred. Upon consideration,

**IT IS ORDERED:**

1.      The Joint Motion to Refer to United States Bankruptcy Court (Filing No. 15) is granted as set forth herein.

2.      Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

3.      This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

4.      The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 23rd day of January, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge